IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLANCA VALENZUELA, MARGIE SALAZAR, JOSE A. SERRATO, JOSIE RENDON, CLARA TOVAR, COSUELO ESPINO, MARIA AVILA, ERNESTINA NAVARRETTE, MARIA E. MUNOZ, AMANDA SALCIDO, CANDELARIO G. ORTEGA, MARIA ORTIZ, JOSE OLIVA, RAFAELA CHAVEZ, ELODIA ARROYO, SUSANA CARDIEL, GRACIE RIOS, AND LEONEL RUIS<br><br>**Plaintiffs**<br><br>VS.<br><br>SWIFT BEEF COMPANY, INC. D/B/A SWIFT COMPANY, HICKS, MUSE, TATE & FURST, INC. and JOHN DOES I-V<br><br>**Defendants** | Civil Action No. 3-06CV2322-N |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Plaintiffs hereby file their Certificate of Interested Persons pursuant to Local Civil Rule 3.1(f) and show as follows:

1. Blanca Valenzuela - Plaintiff

2. Margie Salazar - Plaintiff

3. Jose A. Serrato - Plaintiff

4. Josie Rendon - Plaintiff

5. Clara Tovar - Plaintiff

6. Cosuelo Espino - Plaintiff

7. Maria Avila - Plaintiff

8. Ernestina Navarrette - Plaintiff

9. Maria E. Munoz - Plaintiff

10. Amanda Salcido - Plaintiff

11. Candelario G. Ortega - Plaintiff

12. Maria Ortiz - Plaintiff

13. Jose Oliva - Plaintiff

14. Rafaela Chavez - Plaintiff

15. Elodia Arroyo - Plaintiff

16. Susana Cardiel - Plaintiff

17. Gracie Rios - Plaintiff

18. Leonel Ruis - Plaintiff

19. Michael E. Heygood - counsel for Plaintiffs

20. Claudia Cano - counsel for Plaintiffs

21. Angel Reyes, III - counsel for Plaintiffs

22. Domingo A. Garcia - counsel for Plaintiffs

23. Paul R. Hornung - counsel for Plaintiffs

24. Swift Beef Company, Inc. d/b/a Swift Company - Defendant

25. Hicks, Muse, Tate & Furst, Inc. - Defendant

26. John Does I-V - Defendants

Respectfully submitted,

/s/ Michael E. Heygood

Michael E. Heygood
State Bar No. 00784267
Claudia Cano
State Bar No. 00793458
Angel Reyes, III
State Bar No. 00784835
**HEYGOOD, ORR, REYES & BARTOLOMEI**
2331 W. Northwest Highway, 2nd Floor
Dallas, Texas 75220
214/526-7900
214/526-7910 (fax)

Domingo A. Garcia
State Bar No. 07631950
Paul R. Hornung
State Bar No. 00795831
**LAW OFFICE OF DOMINGO GARCIA, P.C.**
1107 W. Jefferson Blvd.
Dallas, Texas 75208-5145
214/941-8300
214/943-7536 (fax

**ATTORNEYS FOR PLAINTIFFS**