

# AGREEMENT

Between

## United Food and Commercial Workers International Union AFL-CIO, CLC Local 990

and

## Monfort, Inc. Greeley, Colorado

September 7, 1997 to November 19, 2000

® ⬧ 458

---

# ACUERDO

Entre

## Sindicato Internacional de Trabajadores de Alimentación y Comercio AFL-CIO, CLC Local 990

y

## Monfort, Inc. Greeley, Colorado

7 de Septiembre, 1997 a 19 de Noviembre, 2000

® ⬧ 458

## ARTICLE 2
## RECOGNITION

The Company recognizes the Union as the sole and exclusive bargaining agent for all production employees, including janitors, fabrication knife sharpeners, kill floor knife room technician, scale (weight range), grounds crew, inventory, hide plant, manifestors, and production trainers employed by the Company at its Greeley, Colorado beef plant, but excluding office and plant clerical employees, professional employees, selectors, beef graders/coordinators, cattle buyers, nurses, emergency medical technicians, fault reset, roll stock, scalers, warehouse persons, plant computer operators, console operators, Formax, K-Pak, blender, blood plasma operators, managerial, administrative, distribution, quality control/PIES, engineering/maintenance employees, listers, inventory control coordinators, employees of independent contractors, guards, and supervisors as defined by the National Labor Relations Act.

## ARTICLE 3
## SAFETY

**Section 1**
A.) The Union and the Company agree that accident prevention, the elimination of personal injuries, and the safety of all employees is our foremost goal. We dedicate ourselves to providing the safest possible work environment for all. We will therefore support the Safety Program in order to achieve and maintain this goal.

B.) The Company agrees that it has the sole responsibility to provide a safe and healthy workplace and to correct safety and health hazards. Nothing in this agreement shall imply that the Union has undertaken or assumed any portion of that responsibility.

C.) It is the responsibility of each management employee and each hourly employee to follow and support the Safety Program and safe operating procedures.

**Section 2**
A.) The Safety Committee shall consist of twenty (20) members selected by the Union (Fabrication A-3, B-3; Kill floor A-2, B-2; Rendering A, B & C-1; Coolers A & B-1; Hide plant A & B-1; Offal A-1, B-1; Pens A & B-1 (for all outside Kill; Ground beef A-1, B-1; Shipping A, B & C-1; Alvey A, B & 1), plus a Union Representative. There will be an equal number of management personnel (but not less than three (3)) to include the Plant Manager, Safety Manager and Plant Engineer designee(s). They shall meet at least monthly, on Company time, not to exceed two (2) hours. The first hour will be for Union conferencing, and the second hour will be for covering the agenda in joint session.

B.) Safety Committee members will be assigned by the Safety Committee, to perform work area safety inspections on Company paid time of at least (2) hours per month as directed by the Safety Committee. Findings will be reviewed with the area supervisor(s), and issues that require further action will be reviewed with the appropriate Superintendent and the Safety Manager or designated representative. Findings will be reviewed by the Safety Committee.

C.) The Safety Committee shall hold meetings as often as necessary, but not less than once each month at a regularly scheduled time and place. Meetings of the Safety Committee shall be scheduled at such time and in such manner as to no interfere with the orderly operation of the plant.

**Section 3** It is the Plant Manager's or designee's responsibility to investigate the Safety Committee's recommendations, and to advise the Safety Committee, of the action taken, if any, at the next safety meeting. The situations or recommendations deemed and agreed upon as critical by the Safety Committee shall receive priority attention, and a written response will be given within one (1) week.

**Section 4** The Company shall furnish all safety equipment necessary for the protection of the hourly employees.

**Section 4**     **I.D. Badges.** The Company agrees to provide one (1) I.D. badge or card, at no cost, to the employees. Thereafter, the cost to replace lost I.D. badges or cards will be no more than five dollars ($5.00).

**Section 5**     **Laundry.** The Company agrees to continue the current employee laundry program throughout the term of this Agreement.

**Section 6**     **Neutrality.** The Company shall do what is necessary to ensure its officers, representatives, supervisors and/or agents shall not attempt to influence a Colorado Labor Peace Act election or any internal Union election campaign and/or vote.

## ARTICLE 34
## WAIVER, ENTIRE AGREEMENT AND SEVERABILITY

**Section 1**     **Entire Agreement.** This is the complete Agreement providing all benefits to which any employee may be entitled, and it is expressly understood and agreed that the Company has no obligation to any employee or employees other than those provided herein.

**Section 2**     **Waiver.** The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining, and that the understanding and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in the Agreement. Therefore, the Company and the Union, for the term of this Agreement, each voluntarily and unqualifiedly waives the right, and each agrees that the other shall not be obligated to bargain collectively with respect to any subject or matter referred to or covered in this Agreement, or with respect to any subject matter not referred to or covered in this Agreement, even though such subjects or matters may not have been within the knowledge or contemplation of either or both of the parties at the time that they negotiated or signed this Agreement.

**Section 3**     **Amendments.** Any modification or amendment to this Agreement to be effective must be reduced to writing and executed by the designated representatives of each party.

**Section 4**     In the event any provision of this Agreement should be declared invalid by any court of competent jurisdiction, such decision shall not invalidate the entire Agreement; and further, should any federal or state law, government rule or regulation issued by any of its departments, agencies or representatives affect any provision of this Agreement, the provision, or provisions, so affected shall be made to conform to the law or determination, and all other provisions not affected shall continue in full force and effect.

## ARTICLE 35
## DURATION OF AGREEMENT

This Agreement shall be effective beginning September 7, 1997 and shall remain in full force and effect until November 19, 2000. Either party may, on or before sixty (60) days prior to the expiration date of this contract, give notice to terminate the Agreement. If such notice is not given, the Agreement shall renew itself for successive one (1) year periods until notice is given. Such notice shall be given by registered or certified mail.

## APPENDIX "A"
## WAGES

All regular full-time production employees who have completed twenty four (24) months of employment shall receive the following base rate:

→All Production Divisions   $9.05
→Effective the first Monday of the second year of Agreement, fifteen cent (15¢) increase for all employees.
→Effective the first Monday of the third year of the Agreement, twenty cent (20¢) increase for all employees.

Starting rates for new employees.   First six (6) months after hire date, employees will be paid not less than:
→$1.50 below the applicable base rate.
→2ⁿᵈ six (6) months:  $1.10 below the applicable base rate.
→3ʳᵈ six (6) months: .70¢ below the applicable base rate.
→4ᵗʰ six (6) months: .30¢ below the applicable base rate.

Starting rate increase will be extended for any absence beyond one (1) week.  Such extension will be for the length of the absence.

Job wage differentials are as follows:
→Group 7    Base Rate   +   $1.85/hour
→Group 6    Base Rate   +   $1.65/hour
→Group 5    Base Rate   +   $1.35/hour
→Group 4    Base Rate   +   $1.00/hour
→Group 3    Base Rate   +   $ .70/hour
→Group 2    Base Rate   +   $ .40/hour
→Group 1    Base Rate   +   $ .20/hour
→Group 0    Base Labor Rate

New Hires shall also receive the wage differential depending on the group after they have completed sixty (60) calendar days of employment.

The rates of pay include compensation for time spent changing into and out of work clothes, including safety clothing and/or equipment.

-41-

---

DATE: This 19ᵗʰ day of November, 1997.

_(signatures)_

Monfort Inc.

_(signatures)_

United Food and Commercial Workers, Local 990

-40-

# SLAUGHTER JOB GROUPINGS

## BASE

Add Dry Ice/ Lids on boxes
Apply paper at Brisket
AQL
Bag Tails
Box Fresh Offal
Box Maker
Brand/Bag/Rack Livers
Clean & Pack Spinal Cords
Clean-up / Inedible Barrels
Clear Neck
Combo Pet food
Condemed Cage
Cut Off Blanket Fat,
    SEP Omesa
Cut Off Fat from Omesa,
    Aside Fat
Cut Off Front Feet
Cut Off 1st Hock, Switch Tail
Cut Off 2nd Hock
Drive Cattle
Exp. Idle Bones,
    Clip Idle Bones
Feed Kill Chain,
    Open Neck Hide
Flush Heads/Clip bone
Flushers/ Braiders
Flush Large Intestine
General Labor
Hang Hides- Black Belt
Hang Off 1st Leg
Hang Off 2nd Leg
Hang Paunch on Chain
Hang Plastic at Rump,
    Stamp Angus

Hang Trolleys
Hide Hanger After Down Puller
Hide Hanger Afer Flesher
Hides-Pull, Mark/Cut Tails
Insert Bungee Cord
Janitor
Load Chill Box
Load Rails Sales Cooler
Load Tail Puller
Open Omesa with Splitter
Open Paunch & dump
Open Seam On Paunch
Open Shanks
Omesa Tripe Pack
Operate Air Hose on Hocks
Outside clean up
Pack Abomesum
Pack Large Intestine
Pack Scalded, HC Tripe
Pack Small Intestine
Pack Weasand
Pop Kidneys
Pre-Gutter
Pull Paunch/Remove Fat
Pull Off Paunch and Intestines
Rack/Pack Livers
Remove Mud Balls
Remove Pizzle/udder
Remove Spinal Cord
Rinse Abomesum
Round runners
Salt recovery
Save Abomesum
Save Kidneys

Save Spleen/ Pull off
    Trachea, Lungs
Save Trachea
Save Leg Tendons
Separate Heart/ Lung,
    Aside Heart
Seperte Large Intestine
Separate Tounge Trim/Fat
Spotting Railroad Tankers
Steam Vac
Tie Off Small Intestine
Trim Abomesum
Trim and Bag Or Box
Cryovac Kidneys

Cut off Carcass Ears, Tag
Dehorn Carcass
Dehorn Nubs
Down Puller Operator
Hides-Raceway, Pull, Takeup
Hides-Trim Face Plates
Floor Loaders
Presenter
Rip Belly With Cutter
Palletize

## Base Con't,

Trim, Brand Hearts/ Pack
Trim Foreshank (arm pit)
Trim Neck
Trim Necks
    Remove Sweetbreads
Trim Off Salivary Glands
Trim Shanks
Trim Udders
Trim/Pack Sweetbreads
Unhook Bungee Cord
    Apply carcass Tags
Unload Chill Box
Wash Tripe

## GROUP ONE

Save Pancreas
    (Cut Off Weasand etc.)
Tag & Carry Heads
Tripe Machine
    Scalded & Honey Comb
    Omesa
Upgrade Tounge Trim
Scanner
Separate Paunch (Gut Table)
Strapper
Strip Weasend

## GROUP TWO

- AQL Trimmers
- Buggy Drive
- Certified Head Trimmer
- Cooler-Lug & Trim
- Dejoint heads
- Drop Bung & Disjoint Tail
- Expose Backstrap/Monitor
- Drop Heads/Skin/Lips & Ears
- Hide Grader
- Inedible Operator
- Mark Brisket
- Mark inside skirt
- Operate Cryovac Sealer
- Pop Feather Bone/Monitor
- Saw Brisket
- Side Puller
- Trim oyster
- Trim, Wash & Bag Tails
- Whizard Head Meat

## GROUP THREE

- Clear neck & raise gullets
- Drop and Hang Tounges, Tonsils
- Feed Jaw Puller, save trim from Jaw
- Forklift
- Head Boner
- Head Chisler
- Hides-Fleshing Machine
- Hides Forklift
- Jack Cattle
- Knife Room
- Knocker
- Low Neck
- Open Neck & Raise Gullets
- Outside Lift Driver
- Rail Spotter (EPI)
- Rimover
- Rod & Tie Weasand
- Rumper
- Shackler
- Sticker
- Trim, Brand, Wrap and pack Tounges
- Trim Heads & Pack
- Wastewater Operator

## GROUP FOUR

- CapBung, Split Tail, Midline
- Carcass Load Lead Person
- Certify Prewash Trimmer
- Final Trimmer
- First Butt
- First Legger
- High Trimmer
- Inedible Lead Person
- Low Trimmer
- Low Backer
- Offal Lead Person
- Offal Trans Lead Person
- Outrail Trimmer
- Second Butt
- Stockyard Lead Person
- Second Legger

## GROUP FIVE

- Cooler-Ribber
- Cooler-Saw Beef
- Flanker

## GROUP SIX

- Cooler Lead Person
- Gutter
- Split Saw
- Trainers
- Wastewater Lead Person

## GROUP SEVEN

- Kill Floor Lead Person

# FABRICATION JOB GROUPINGS

## BASE

Bag Loose Meat
Baggers (Slice)
Bagperson
Bone Guard
Box Handler (Slice)
Clean Up
Combo Maker
Core Driller
Drop Arm Bone
Drop Hind Quarter
Fill Combos
General Labor
Inventory (Box Shop)
Laundry
Leaker Audit
Open Leakers

Operate Paddle Bone Puller
Paddle Meat
Pull Off
Rehang Rounds
Reject Person
Rose Meat Puller
Small Box Trim
Swing Up
Throw Bones
Throw on (Slice)
Trim Pickers
Trolley Hanger
Tub Dumper
Wash Combos
Zip netter

## GROUP ONE

Bag Primals
Box Meat
Cardboard Baler
Cooler Operators
Corner Person (Break line)
Operate Knuckle Puller

Packers
Pallitizer
Floor Loaders
Scanner
Temp. Combos

-46-

## GROUP TWO

Arm Trimmer
Bone Test (Whizard)
Tray former
          (Box Machine Operator)
Chuck Roller
Chuck Saw Operator
Chuck Trimmer
Clod Opener
Clod Trimmer
Contamination Trimmer
Drop Flanks
Edible Operator
(Trim) Flats & Eyes
Hind/Fore-Quarter Separate
Knuckle Dropper
Loin Wing Bone/Trim
Clean Plate Bones
Operate Sepa Machine
Pull Scotties
Pull Skirts/Bone Plates
Pull/Trim Flanks
Resaw Short Rib
Rose Meat Markers
Rosemeat Dropper
Saw Brisket/Arm
Saw Brisket/Plate
Saw Hocks

Saw Forequarters
          (Rib & Chuck)
Saw Operators Slice
Scapula Meat Trimmer
Sealer Operator
Splitter Top/Bottom Butt
Square naval/pull eye
Trim Strip
Trim BCSR
Trim Clod
Trim Chuck square
Trim Flats & Points
Trim Hanging Tenders
Trim Lengths on Ribs
Trim Lifter Meat
Trim Extension Meat
Trim Pectoral
Trim Navel Eyes
Trim Skirts
Trim Butts
Trim Top Rounds
Trim Tri Tips
Trimmers Slice
Upgrade with Knife
Vacuum Operator
Whizard Operator
Wing Dropper

-47-

## GROUP THREE

Aitch Boner
Break Down Arm/Clean Bones
Bone Briskets
Bone Foreshanks
Bone Hind Shank
Bone Plate/Pull Skirt
Bone Short Rib
Bone Shins /Drop Chuck
Bone & Trim Short Ribs
Brisket Bone Cleaner
Drop Gooseneck

Forklift Operator
Knife Grinders
Navel Boner
Pallet Jack Operator
Pull (Round) Eye on Chain
Splitter Saw Shell
Trim Bi Bone Rib Short Rib
Tender Trimmer
Whizzard Grinders
Wing Saw Operator

## GROUP FOUR

Bone Lipon Ribeye
Knuckle Puller
Lead Persons Packoff
Lead Person Slice
Lead Person Edible Rendering
Mark Knuckle
Mark Forequarters

Rib Chine Saw
Saw Hind quarter
Sealer Room Lead Person
Split Forequarter
Strip Chine & Wing Saw
Whizzard Lead Person

## GROUP FIVE

Bone Top Butts
Clod Puller
Rib Boner

Round Dropper
Strip Boner

## GROUP SIX

Chuck Boners
Pull Tenders

Shipping Lead Person
Trainer

-48-

## GROUP SEVEN

Lead Persons Fab Tables

# GROUND BEEF JOB GROUPINGS

## BASE

Picker
Dumper Operator
General Labor
Grinder Operator
Rework

Selo Operator
Textured Beef Thrower
Weigh Pattie Box
Inventory

## GROUP ONE

Box Maker & Insert liner
Chub Packer

Palletizer
Pattie Packer

## GROUP TWO

Box Machine Operator
Inbound Receiver

Vacuum Operator

## GROUP THREE

Forklift

## GROUP SIX

Leadperson

Trainer (Interchange with Fab)

-49-

# AGREEMENT
## Between

## CONAGRA BEEF COMPANY

### And

## UNITED FOOD AND COMMERCIAL WORKERS, LOCAL NO. 990

## TERM: November 20, 2000 to November 21, 2004

## AGREEMENT

This Agreement has been made and entered into by ConAgra Beef Company for it's Greeley, Colorado facility (hereinafter the Company) and United Food and Commercial Workers International Union, AFL-CIO, CLC, Local 990 (hereinafter the Union).

## ARTICLE 1
## PURPOSE OF AGREEMENT

**Section 1**     It is the intent and purpose of the parties hereto that this Agreement shall promote and improve the industrial and economic relationship between the Company and the Union and its members as set forth herein, and to set forth herein rates of pay, hours of work, and other conditions of employment to be observed between the parties hereto.

**Section 2**     It is recognized by both parties that they have a mutual interest and obligation in maintaining friendly cooperation between the Company and the Union which will permit safe, economical and efficient operation.

## ARTICLE 2
## RECOGNITION

The Company recognizes the Union as the sole and exclusive bargaining agent for all production employees, including janitors, fabrication knife sharpeners, kill floor knife room technician, scale (weight range), grounds crew, inventory, hide plant, manifestors, and production trainers employed by the Company at its Greeley, Colorado beef plant, but excluding office and plant clerical employees, professional employees, selectors, beef graders/coordinators, cattle buyers, nurses, emergency medical technicians, fault reset, roll stock, scalers, warehouse persons, plant computer operators, console operators, Formax, K-Pak, blender, blood plasma operators, managerial, administrative, distribution, quality control/PIFS, engineering/maintenance employees, listers, inventory control coordinators, employees of independent contractors, guards, and supervisors as defined by the National Labor Relations Act.

## ARTICLE 3
## SAFETY

**Section 1**

**A.)** The Union and the Company agree that accident prevention, the elimination of personal injuries, and the safety of all employees is our foremost goal. We dedicate ourselves to providing the safest possible work environment for all. We will therefore support the Safety Program in order to achieve and maintain this goal.

**B.)** The Company agrees that it has the sole responsibility to provide a safe and healthy workplace and to correct safety and health hazards. Nothing in this agreement shall imply that the Union has undertaken or assumed any portion of that responsibility.

**C.)** It is the responsibility of each management employee and each hourly employee to follow and support the Safety Program and safe operating procedures.

DATED this _18th_ day of _January_ , 2001.

_Ronald A. Bush_
_____

_Katie Sickens_

_Randall D. Armstrong_                    _Douglas W. Schuett_

_Cindy Nighbert_                          _Eric Clay_

_Donald Rogers_                           _Walter Pelongo_

_Linda Hughrove_

                                          _Bernard Bueng_

                                          _ATAROM_
                                          ConAgra Beef Company

_____
United Food and Commercial
Workers, Local 990

-42-

## APPENDIX A
## (WAGES)

Effective November 20, 2000 the minimum start rate and the wage progression will be as follows:

| | |
|---|---|
| Start Rate: | $9.50 |
| After 30 Days | $9.65 |
| After 60 Days | $9.80 |
| After 90 Days | $9.90 |

All regular full-time production employees who have completed thirty (30) days of employment shall receive the following base rate:

Effective November 20, 2000 the base rate will be increased by $.50 per hour to $9.90.

Effective November 19, 2001 the base rate will be increased by $.30 per hour to $10.20

Effective November 18, 2002 the base rate will be increased by $.30 per hour to $10.50

Effective November 17, 2003 the base rate will be increased by $.25 per hour to $10.75

Starting rate increase will be extended for any absence beyond one (1) week. Such extension will be for the length of the absence.

Job Wage differentials are as follows:

| | | | |
|---|---|---|---|
| Group 7 | Base Rate | + | $1.85/hour |
| Group 6 | Base Rate | + | $1.65/hour |
| Group 5 | Base Rate | + | $1.35/hour |
| Group 4 | Base Rate | + | $1.00/hour |
| Group 3 | Base Rate | + | $0.70/hour |
| Group 2 | Base Rate | + | $0.40/hour |
| Group 1 | Base rate | + | $0.20/hour |

-43-

The rates of pay include compensation for time spent changing into and out of work clothes, including safety clothing and/or equipment, except as otherwise provided by settlement agreement (donning and doffing) dated September 11, 2000

# Fabrication Job Groupings

## FAB BASE

| | |
|---|---|
| Bag Loose Meat | Open Leakers |
| Bagperson | Operate Six Shooter |
| Bone Guard | Pull Off |
| Clean Up | Rehang Rounds |
| Combo Maker | Reject Person |
| Core Driller | Retrimmer |
| Drop Arm Bone | Rosemeat Puller |
| Drop Hind Quarter | Shackle Chuck |
| Fill Combos | Small Box Trim |
| General Labor | Swing Up |
| Inject Air | Throw Bones |
| Inventory (Box Shop) | Trim Pickers |
| Knife Room Clean | Tub Dumper |
| Laundry | Unload Truck |
| Leaker Audit | Wash Combos |
| Monitor Chuck Trim | Whizard Knife |
| Monitor Combo Reworker | Zip Netter |

## FAB GROUP ONE

| | |
|---|---|
| Bag Primals | Operate Knuckle Puller |
| Band & Stretch Wrap | Operate Metal Detector 50 |
| Bone Collector | Operate Metal Detector 65 |
| Box Meat | Packers |
| Cardboard Baler | Palletizer |
| Cooler Operators | Rework |
| Corner Person (Break line) | Scanner |
| Floor Loaders | Temp. Combos |

## FAB GROUP TWO

| | |
|---|---|
| Arm Trimmer | Saw Hocks |
| Bone Test (Whizard) | Saw Neck Bone |
| Clean Plate Bones | Saw Short Rib |
| Clean Rib Bone | Scapula Meat Trimmer |
| Clod Trimmer | Sealer Operator |
| Contamination Trimmer | Splitter Top/Bottom Butt |

Drop Flanks
Edible Operator
Hind/Forequarter Separate
Inventory Walker System
Knuckle Dropper
Loin Wing Bone Trim
Mark / Pull Flap Meat
Mark / Pull Heel
Mark / Pull Outside Skirt
Mark / Pull Round Cap
Mark Brisket / Deckle
Mark Brisket / Pull Pectoral
Mark Brisket Hot
Mark Rope Meat / Neck Bone
Mark Tri Tip on Chain / Flank Head
Operate Sepa Machine
Operate Skinner
Pull Hanging Tender
Pull Knuckle Skin
Pull Scotties
Pull/Trim Flanks
Resaw Short Rib
Retrimmer
Rosemeat Markers
Saw Brisket/Plate
Saw Feather Bone
Saw Forequarters (Rib & Chuck)

Square naval/pull eye
Tray Former
Trim BSCR
Trim Butts
Trim Cap to 85
Trim Chuck Square
Trim Clod
Trim Extension Meat
Trim Flap Meat
Trim Flats & Eyes
Trim Flats & Points
Trim Hanging Tenders
Trim Lengths on Ribs
Trim Lifter Meat
Trim Mock Tender
Trim Naval
Trim Pectoral
Trim Skirts
Trim Strip
Trim Top Rounds
Trim Tri Tips
Upgrade Arm
Upgrade with Knife
Vacuum Operator
Whizard Operator
Wing Dropper

## FAB GROUP THREE

Aitch Bone
Bone & Trim Short Ribs
Bone Briskets
Bone Foreshanks
Bone Hind Shank
Bone Shins/Drop Chuck
Brisket Bone Cleaner
Chuck Trimmer
Drop Gooseneck
Forklift Operator
Knife Grinders

Mark Arm Bone
Mark Shank Bone
Navel Boner
Pallet Jack Operator
Pull Atlas & Feather Bone
Pull (round) Eye on Chain
Splitter Saw Shell
Trim Short Ribs
Tender Trimmer
Whizard Grinders

## FAB GROUP FOUR

Bone Short Rib
Knuckle Puller
Lead Person Edible Rendering
Lead Person Packoff

Pull Skirts/Bone Plates
Rib Chine Saw
Saw Hind Quarter
Sealer Room Lead Person

Mark Forequarters
Mark Knuckle

Strip Chine and Wing Saw
Whizard Lead Person

## FAB GROUP FIVE

Bone Lipon Ribeye
Bone Top Butts
Hind Saw
Rib Saw

Round Dropper
Strip Boner
Strip Saw
Wing Saw Operator

## FAB GROUP SIX

CL-1 & CL2
Clean Up GEL Operator
Lab Tech / Data Entry
Operate Cooker / CIP
Operate Grinder

Operate Mobile Track
Pull Tenders
Rib Boner
Shipping Lead Person
Trainer

## FAB GROUP SEVEN

Lead Persons Fab Tables

Production Trainers

# Ground Beef Job Groupings

## GROUND BEEF BASE

Bag Loader
Dumper Operator
General Labor
Grinder Operator
Inventory
Loader

Picker
Rework
Selo Operator
Textured Beef Thrower
Weigh Pattie Box

## GROUND BEEF GROUP ONE

Box Maker & Insert Liner
Chub Packer

Palletizer
Pattie Packer

## GROUND BEEF GROUP TWO

Box Machine Operator
Cryovac Operator

Inbound Receiver

-47-

## GROUND BEEF GROUP THREE

Forklift

## GROUND BEEF GROUP SIX

Lead person

# Slaughter Job Groupings

## SLAUGHTER BASE

Add Dry Ice/Lids on Boxes
Apply Paper at Brisket
AQL
Bag Tails
Box Fresh Offal
Brand/Bag/Rack Livers
Clean & Pack Spinal Cords
Clean-up / Inedible Barrels
Clear Neck
Combo Pet Food
Cut Intestine to Length
Cut Off 1st Hock, Switch Tail
Cut Off 2nd Hock
Cut Off Blanket Fat, SEP Omesa
Cut Off Fat from Omesa, Aside Fat
Cut off Front Feet
Drive Cattle
Drop Head of Tender
Exp. Idle Bones, Clip Idle Bones
Feed Kill Chain, Open Neck Hide
Flush Heads/Clip Bone

General Labor
Hang Ear Tag
Hang Hides – Black Belt
Hang Off 1st Leg
Hang Off 2nd Leg
Hang Plastic at Rump,

Hang Trolleys
Hides-Pull, Mark / Cut Tails

Operate Air Hose on Hocks
Pack Weasand
Pop Kidneys
Pull Off Paunch and Intestines
Pull Paunch / Remove Fat
Remove Abomesum
Remove Mud Balls
Remove Pizzle / Udder
Remove Spinal Cord
Remove Tail
Rinse Abomesum
Salt Recovery
Sanitize 1st Hock
Sanitize 2nd Hock
Save Abomesum
Save Face Meat
Save Kidneys
Save Leg Tendons
Save Spleen / Pull Off Trachea, Lungs
Separate Heart / Lung, Aside Heart
Separate Large Intestine
Separate Tongue Trim / Fat
Spotting Railroad Tankers
Steam Vac
Tie Off Small Intestine
Trim / Pack Sweetbreads
Stamp Angus
Trim and Bag or Box Cryovac Kidneys
Trim Back of Carcass
Trim Foreshank (arm pit)

Janitor
Load Chill Box
Load Rails Sales Cooler
Load Tail Puller
Mark Foreshank
Mark Pattern
Omesa Tripe Pack
Open Omesa with Splitter
Open Seam on Paunch
Open Shanks

Trim High Hock / Round
Trim Neck
Trim Necks Remove Sweetbreads
Trim off Salivary Glands
Trim Shanks
Trim Udders
Unload Chill Box
Wash Neck
Wash Tripe

## SLAUGHTER GROUP ONE

Box Maker
Cut Off Bile Bag / Aside Liver
Cut Off Carcass Ears, Tags
Cut Intestine to Length
Dehorn Carcass
Dehorn Nubs
Down puller operator
Floor Loaders
Flush Large Intestine
Flushers/Braiders
Hide Hanger/Deflesher
Hide Hanger/Down Puller
Hang Paunch on Chain
Hides-Raceway, Pull, Takeup
Hides-Trim Face Plates
Open Paunch & Dump
Pack Abomesum
Pack Large Intestine
Pack Scalded, HC Tripe

Pack Small Intestine
Palletize
Presenter
Pull Hide/Mark & Cut Tail
Rack / Pack Livers
Round Runners
Save Pancreas (Cut off Weasand)
Save Trachea
Scanner
Separate Paunch (Gut Table)
Slice & Devein Liver
Strapper
Strip Weasand
Tag & Carry Heads
Trim, Brand Hearts / Pack
Trim Abomesum
Tripe Machine, Scalded & Honey
              Comb Omesa
Trim Contamination
Upgrade Tongue Trim

## SLAUGHTER GROUP TWO

AQL Trimmers
Buggy Drive
Certified Head Trimmer
Cooler-Lug & Trim
Dejoint Heads
Drop Bung & Disjoint Tail
Drop Heads / Skin / Lips & Ears
Expose Backstrap / Monitor
Mark Brisket

Operate Cryovac Sealer
Pop Feather Bone / Monitor
Pre Gutter
Rip Belly/Rip Belly with Cutter
Saw Brisket
Side Puller
Stripper / Splitter Operator
Trim Oyster
Trim, Wash & Bag Tails

Mark Inside Skirt                             Whizard Head Meat

## SLAUGHTER GROUP THREE

Clear Neck & Raise Gullets            Low Neck
Drop & Hang Tongues, Tonsils          Open Neck & Raise Gullet
Feed Jaw Puller, Save Trim from Jaw   Outside Lift Driver
Forklift                              Rail Spotter (EPI)
Head Boner                            Rimover
Head Chiseler                         Rod & Tie Weasand
Hide Grader                           Rumper
Hides Forklift                        Shackler
Hides-Fleshing Machine                Sticker
Jack Cattle                           Trim Heads & Pack
Knife Room                            Trim Midline
Knocker                               Trim, Brand, Wrap & Pack Tongues

## SLAUGHTER GROUP FOUR

Cap Bung, Split Tail, Midline         Low Backer / Tail Puller
Carcass Load Lead Person              Low Trimmer
Certify Prewash Trimmer               Offal Lead Person
Final Trimmer                         Offal Trans Lead Person
First Butt                            Outrail Trimmer
First Legger                          Second Butt
High Trimmer                          Second Legger
Inedible Lead Person                  Stockyard Lead Person

## SLAUGHTER GROUP FIVE

Cooler-Ribber              Flanker
Cooler-Saw Beef

## SLAUGHTER GROUP SIX

Condemned Cage                        Operate Hammermill
Cooler Lead Person                    Outside Clean-up
Gutter                                Split Saw
Inedible Operator                     Trainers
Load Out                              Wastewater Operator
Operate Cooker

## SLAUGHTER GROUP SEVEN

Kill Floor Lead Person
Wastewater Lead Person

## APPENDIX "B"

## QUICK START

**Section 1**       The parties have agreed to a rate progression acceleration program, hereafter referred to as "Quick Start," to waive the starting rate progression for new employees.

**Section 2**       An employee also shall become ineligible for Quick Start and therefore be paid under the regular progression where:

**A.)**       The employee is on restricted duty for a non-occupational illness or injur ay for a period exceeding thirty-two (32) days, in which case the employee loses Quick Startnd group pay.

**B.)**       An employee who has a work related injury or illness, reaches Maximum Medical Improvement and is placed on a lower paying job.

-51-

# AGREEMENT
## Between

## SWIFT & COMPANY

### And

## UNITED FOOD AND COMMERCIAL WORKERS,
## LOCAL NO. 7

### TERM: November 22, 2004 to November 22, 2009

## AGREEMENT

This Agreement has been made and entered into by Swift & Company for it's Greeley, Colorado facility (hereinafter the Company) and United Food and Commercial Workers International Union, AFL-CIO, CLC, Local 7 (hereinafter the Union).

## ARTICLE 1
## PURPOSE OF AGREEMENT

**Section 1**

It is the intent and purpose of the parties hereto that this Agreement shall promote and improve the industrial and economic relationship between the Company and the Union and its members as set forth herein, and to set forth herein rates of pay, hours of work, and other conditions of employment to be observed between the parties hereto.

**Section 2**

It is recognized by both parties that they have a mutual interest and obligation in maintaining friendly cooperation between the Company and the Union which will permit safe, economical and efficient operation.

## ARTICLE 2
## RECOGNITION

The Company recognizes the Union as the sole and exclusive bargaining agent for all production employees, including janitors, fabrication knife sharpeners, kill floor knife room technician, scale (weight range), grounds crew, inventory, hide plant, manifestors, and production trainers employed by the Company at its Greeley, Colorado beef plant, but excluding office and plant clerical employees, professional employees, selectors, beef graders/coordinators, cattle buyers, nurses, emergency medical technicians, fault reset, roll stock, scalars, warehouse persons, plant computer operators, console operators, Formax, K-Pak, blender, blood plasma operators, managerial, administrative, distribution, quality control/PIFS, engineering/maintenance employees, listers, inventory control coordinators, employees of independent contractors, guards, and supervisors as defined by the National Labor Relations Act.

to FMLA leaves, requests, and certifications or medical histories must be maintained as confidential medical records separate from usual personnel files.

(ii)    <u>Effect on Existing Benefits.</u> Nothing in the FMLA or any amendment shall be construed to diminish the obligation of the employer to comply with any collective bargaining agreement or any employment benefit program or plan that provides greater family or medical leave rights to employees than the rights established under FMLA or any amendment to FMLA.

# ARTICLE 22
## WAGE RATE CLASSIFICATION

### Section 1

When the Company establishes a new classification, combines or separates the duties of existing classifications, or substantially changes the work content of an existing classification, it will notify the Union and establish an hourly rate for the classification.

### Section 2

If the Union requests, within five(5) days of being notified of the new classification and pay rate, the Company will meet and discuss the pay rate with the Union. If the Union does not agree with the pay rate, it may bypass the steps of the grievance procedure and submit the matter to arbitration if it notifies the Company within ten (10) days.

### Section 3

The test of fairness of the Company's rate determination is whether it is in line with the existing rate structure of other jobs in the department, giving proper consideration to the job content and skill involved.

# ARTICLE 23
## UNION VISITATION

### Section 1

Union representatives shall have the right to visit the work place to inspect conditions and to generally carry out the terms of this Agreement, providing they report to a designated Company representative upon entering the plant and so long as such visit does not interfere with operations.

### Section 2

The Employer recognizes the right of the Union to designate stewards and alternates from the Employer's seniority list.

# ARTICLE 24
## SUBCONTRACTING/CASUAL CREW

### Section 1

The Company may subcontract as follows:

A.)    Operations which have been subcontracted out as of May 24,1994, may continue to be subcontracted.

## ARTÍCULO 36
## DURACIÓN DE ACUERDO

Este Acuerdo será efectivo comenzando el 22 de noviembre, 2004 y permanecerá en fuerza y efecto completo hasta medianoche, domingo, el 22 de noviembre, 2009.  Cada interesado puede, en o antes de sesenta (60) días antes de la fecha de expiración de este contrato, dar noticia para terminar este Acuerdo.  Si tal noticia no es recibida, el Acuerdo será renovado si mismo por periodos de un (1) año sucesivo hasta recibir noticia.  La noticia será por correo registrado o certificado.

FECHADO este 2C día de Diciembre , 2004.

**United Food & Commercial Workers, Local 7**

Ernest L. Duran, Jr., UFCW Local 7 President

Fernando Rodriquez, UFCW Local 7 Director

Joann Moreno, UFCW Local 7 Union Representative

Irma Chacon, Negotiating Team Committee

Jorge Hernandez Juarez, Negotiating Team Committee

Alice Lujan, Negotiating Team Committee

Alvaro Martinez, Negotiating Team Committee

Benita Meracle, Negotiating Team Committee

Harry Olmeda, Negotiating Team Committee

Juan Perea, Negotiating Team Committee

Oscar Pinto, Negotiating Team Committee

Brigido Retana, Negotiating Team Committee

Jimmy Ruiz, Negotiating Team Committee

James Suazo, Negotiating Team Committee

**Swift & Company**

Doug Schult, Swift & Company VP/Labor Relations

Bill Danley, Swift & Company Plant Manager

Michael Herrera, Swift & Company HR Manager



- 35 -

# ARTICLE 36
## DURATION OF AGREEMENT

This Agreement shall be effective beginning November 22, 2004 and shall remain in full force and effect until midnight, Sunday, November 22, 2009. Either party may, on or before shay (60) days prior to the expiration date of this contract, give notice to terminate the Agreement. If such notice is not given, the Agreement shall renew itself for successive one (1) year periods until notice is given. Such notice shall be given by registered of certified mail.

DATED this _____ day of _____, 2004.

**United Food and Commercial Workers, Local 7**          **Swift & Company**

_____          _____
Ernest L. Duran, Jr., UFCW Local 7 President          Doug Schult, Swift & Company VP/Labor Relations

_____          _____
Fernando Rodriquez, UFCW Local 7 Director          Bill Danley, Swift & Company Plant Manager

_____          _____
Joann Moreno, UFCW Local 7 Union Representative          Michael Herrera, Swift & Company HR Manager

_____
Irma Chacon, Negotiating Team Committee

_____
Jorge Hernandez Juarez, Negotiating Team Committee

_____
Alice Lujan, Negotiating Team Committee

_____
Alvaro Martinez, Negotiating Team Committee

_____
Benita Meracle, Negotiating Team Committee

_____
Harry Olmeda, Negotiating Team Committee

_____
Juan Perea, Negotiating Team Committee

_____
Oscar Pinto, Negotiating Team Committee

_____
Brigido Retana, Negotiating Team Committee

_____
Jimmy Ruiz, Negotiating Team Committee

_____
James Suazo, Negotiating Team Committee

# APPENDIX A
## (WAGES)

Effective November 22, 2004 the minimum start rate and the wage progression will be as follows:

| | |
|---|---|
| Start Rate: | $10.50 |
| After 30 Days | $10.75 |
| Alter 60 Days | $11.00 |
| Alter 90 Days | $11.25 (Base Rate) |

On the first Monday following ratification of this Agreement, employees in the progression will move to the new rate for their length of service.

All regular full-time production employees who have completed ninety (90) days of employment shall receive the following base rate:

Effective November 22, 2004 after ratification the base rate will be increased by $.50 per hour to $11.25.

Effective November 21, 2005 the base rate will be increased by $.25 per hour to $11.50

Effective November 20, 2006 the base rate will be increased by $.25 per hour to $11.75

Effective November 19, 2007 the base rate will be increased by $.25 per hour to $12.00

Effective November 17, 2008 the base rate will be increased by $.25 per hour to $12.25

Starting rate increase will be extended for any absence beyond one (1) week. Such extension will be for the length of the absence.

Job Wage differentials are as follows:

| | | | |
|---|---|---|---|
| Group 7 | Base Rate | + | $1.85/hour |
| Group 6 | Base Rate | + | $1.65/hour |
| Group 5 | Base Rate | + | $1.35/hour |
| Group 4 | Base Rate | + | $1.00/hour |
| Group 3 | Base Rate | + | $0.70/hour |
| Group 2 | Base Rate | + | $0.40/hour |
| Group 1 | Base Rate | + | $0.20/hour |

The rates of pay include compensation for time spent changing into and out of work clothes, including safety clothing and/or equipment, except as otherwise provided by settlement agreement (donning and doffing) dated September 11, 2000

The parties agree that the Going Forward Agreement, executed on September 11, 2000 is by reference made a part of this contract.

**PLEASE REFER TO ATTACHED "AGREED TO JOB TITLES"**

| Fabrication Base Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Fab | 00 | Bag Loose Meat |
| Fab | 00 | Bagperson/Bag & Box Inventory |
| Fab | 00 | Bone Guard |

| | | |
|---|---|---|
| Fab | 00 | Box Bones, Strap or Cartilage |
| Fab | 00 | Box Rose Meat |
| Fab | 00 | Calculate Percent Lean |
| Fab | 00 | Clean Up |
| Fab | 00 | Clean Up/Drop Pallets |
| Fab | 00 | Combo Maker |
| Fab | 00 | Custodian |
| Fab | 00 | Drop Arm Bone |
| Fab | 00 | Drop Head of Tender |
| Fab | 00 | Drop Hind Quarter |
| Fab | 00 | Fill Combos |
| Fab | 00 | Find Combo/Set Tub |
| Fab | 00 | Hang Boxes |
| Fab | 00 | Laundry Operator |
| Fab | 00 | Leaker Audit |
| Fab | 00 | Monitor Chuck Trim |
| Fab | 00 | Monitor Combo Reworker |
| Fab | 00 | Open Leakers |
| Fab | 00 | Rehang Rounds |
| Fab | 00 | Reject Person |
| Fab | 00 | Rosemeat Puller |
| Fab | 00 | Shackle Chuck |
| Fab | 00 | Stage Product |
| Fab | 00 | Open Poly Line Bag |
| Fab | 00 | Pull Kidney Fat |
| Fab | 00 | Pull Feather Bone |
| Fab | 00 | Sort Rope Meat |
| Fab | 00 | Throw Bones |
| Fab | 00 | Trim Pickers |
| Fab | 00 | Unhook Round |
| Fab | 00 | Wash Combos |
| Fab | 00 | Wash Combos/Spacers |
| Fab | 00 | Weigh/Dump Tubs |
| Fab | 00 | Zip Netter |

| Fabrication Grade 01 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Fab | 01 | Bag Primals |
| Fab | 01 | Band Combo/Monitor Navel/Brisket |
| Fab | 01 | Bone Collector |
| Fab | 01 | Box Meat |
| Fab | 01 | Box Trim/Rework |
| Fab | 01 | Cardboard Baler |
| Fab | 01 | Clean Paddle Bones |
| Fab | 01 | Cooler Operators |
| Fab | 01 | Floor Loaders |
| Fab | 01 | Operate Six Shooter |
| Fab | 01 | Pull Knuckle |
| Fab | 01 | Palletizer |
| Fab | 01 | Rework |

| Fab | 01 | Scanner |
| Fab | 01 | Stretch Wrap |
| Fab | 01 | Temp Combos |
| Fab | 01 | Trim Teres Muscle |
| Fab | 01 | Trim/Box Tunic Tissue |
| Fab | 01 | Upgrade Product |
| Fab | 01 | Whiz Cartilage Round Line |
| Fab | 01 | Whiz Feather Bone/Cartilage |

| Fabrication Grade 02 Jobs | | |
| --- | --- | --- |
| **Dept.** | **Grade** | **Title** |
| Fab | 02 | Bone Loin Wing |
| Fab | 02 | Bone/Peel/Drop Knuckle |
| Fab | 02 | Clean Plate Bones |
| Fab | 02 | Clean Rib Bone |
| Fab | 02 | Combo Manifestor |
| Fab | 02 | Cut Keyboard Operator |
| Fab | 02 | Drop Wing |
| Fab | 02 | Inventory Walker System |
| Fab | 02 | Mark Brisket / Deckle |
| Fab | 02 | Mark Brisket / Pull Pectoral |
| Fab | 02 | Mark Brisket |
| Fab | 02 | Mark Chuck/Clod & Chuck Tender |
| Fab | 02 | Mark Inside Skirt |
| Fab | 02 | Mark / Pull Heel |
| Fab | 02 | Mark / Pull Round Cap |
| Fab | 02 | Mark Rope Meat / Neck Bone |
| Fab | 02 | Mark Rose Meat |
| Fab | 02 | Mark Tri Tip on Chain / Flank Head |
| Fab | 02 | Operate Case Sealer |
| Fab | 02 | Operate Cryovac |
| Fab | 02 | Operate Tray Former |
| Fab | 02 | Operate Skinner |
| Fab | 02 | Pop Feather Bones |
| Fab | 02 | Pull Flank |
| Fab | 02 | Pull Hanging Tender |
| Fab | 02 | Pull Knuckle Skin |
| Fab | 02 | Pull/Trim D-Shanks |
| Fab | 02 | Retrimmer |
| Fab | 02 | Saw Brisket/Plate |
| Fab | 02 | Saw Butt Bone |
| Fab | 02 | Saw Feather Bone |
| Fab | 02 | Saw Hocks |
| Fab | 02 | Saw Neck Bone |
| Fab | 02 | Saw Short Rib |
| Fab | 02 | Separate Top Butt |
| Fab | 02 | Square Naval |
| Fab | 02 | Trim BBQ Plate |
| Fab | 02 | Trim BCSR/Chuck Square |

| Fab | 02 | Trim Bottom Butt |
| Fab | 02 | Trim Chuck Tender |
| Fab | 02 | Trim Clod |
| Fab | 02 | Trim Contamination |
| Fab | 02 | Trim Eye of Round |
| Fab | 02 | Trim Flap Meat |
| Fab | 02 | Trim Flats & Points |
| Fab | 02 | Trim Flanks |
| Fab | 02 | Trim Flat |
| Fab | 02 | Trim Hanging Tenders |
| Fab | 02 | Trim Inside Round |
| Fab | 02 | Trim Knuckle |
| Fab | 02 | Trim Loin Tail |
| Fab | 02 | Trim Lengths on Ribs |
| Fab | 02 | Trim Oyster Fat |
| Fab | 02 | Trim Pectoral |
| Fab | 02 | Trim Rib Cap Extension Meat |
| Fab | 02 | Trim Rib Cap Lifter Meat |
| Fab | 02 | Trim Scapula Meat |
| Fab | 02 | Trim Sub Scapula |
| Fab | 02 | Trim Skirts |
| Fab | 02 | Trim Strip |
| Fab | 02 | Trim Top Butt |
| Fab | 02 | Upgrade Arm |
| Fab | 02 | Upgrade with Knife |
| Fab | 02 | Verify Trim Combo |
| Fab | 02 | Walking Steward |
| Fab | 02 | Whizard Operator |

| Fabrication Grade 03 Jobs | | |
| --- | --- | --- |
| **Dept.** | **Grade** | **Title** |
| Fab | 03 | Bone Foreshank |
| Fab | 03 | Bone Hind Shank |
| Fab | 03 | Clean Brisket Bone |
| Fab | 03 | Drop Gooseneck |
| Fab | 03 | Forklift Operator |
| Fab | 03 | Mark Arm Bone |
| Fab | 03 | Mark Shank Bone |
| Fab | 03 | Mark/Pull Eye |
| Fab | 03 | Operate Pallet Jack |
| Fab | 03 | Pull Atlas & Feather Bone |
| Fab | 03 | Saw Forequarters (Rib & Chuck) |
| Fab | 03 | Saw Shell |
| Fab | 03 | Trim Short Rib |
| Fab | 03 | Trim Chuck |
| Fab | 03 | Trim Tenderloin |
| Fab | 03 | Weigh Pallets/Operate Forklift |

| Fabrication Grade 04 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Fab | 04 | Bone Aitch |
| Fab | 04 | Bone Plate |
| Fab | 04 | Bone Short Rib |
| Fab | 04 | Knife Grinders |
| Fab | 04 | Knuckle Puller (Pull Knuckle) |
| Fab | 04 | Lead Person Packoff |
| Fab | 04 | Mark Knuckle |
| Fab | 04 | Mark/Pull Outside Skirt |
| Fab | 04 | Split Forequarter |

| Fabrication Grade 05 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Fab | 05 | Bone Strip |
| Fab | 05 | Bone Top Butt |
| Fab | 05 | Hind Saw |
| Fab | 05 | Saw Chine |
| Fab | 05 | Saw Rib |
| Fab | 05 | Saw Wing |
| Fab | 05 | Seam Inside Round |

| Fabrication Grade 06 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Fab | 06 | Bone Rib |
| Fab | 06 | Bone Tenderloin |
| Fab | 06 | Case Sealer Lead Person |
| Fab | 06 | CL-1 Rib Cage/Neck Bone |
| Fab | 06 | CL-2 Rib Cage/Neck Bone |
| Fab | 06 | Clean Up GEL Operator |
| Fab | 06 | Operate Cooker / CIP |
| Fab | 06 | Operate Grinder |
| Fab | 06 | Operate Mobile Track |
| Fab | 06 | Pull Tenders |
| Fab | 06 | Rib Boner |
| Fab | 06 | Shipping Lead Person |
| Fab | 06 | Shipping Lead Person/Offal Transfer |

| Fabrication Grade 07 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Fab | 07 | Lead Person |
| Fab | 07 | Trainer Hourly |
| Fab | 07 | Whizzard Lead Person |

- 38 -

| Ground Beef Base Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| GB | 00 | Dumping Grinder Helper |
| GB | 00 | Operate Dumper |
| GB | 00 | Operate Grinder/GB |
| GB | 00 | Pick Trim |
| GB | 00 | Rework Ground Beef |
| GB | 00 | Texture Beef Thrower |

| Ground Beef Grade 01 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| GB | 01 | Box Chub |
| GB | 01 | Palletize Chub |

| Ground Beef Grade 02 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| GB | 02 | Box Erector |

| Ground Beef Grade 03 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| GB | 03 | Forklift |

| Ground Beef Grade 6 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| GB | 06 | Lead person |

| Slaughter Base Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Slaughter | 00 | Apply Wax Paper |
| Slaughter | 00 | Bag Box Kidney/Tendon |
| Slaughter | 00 | Bag Fresh Livers |
| Slaughter | 00 | Bag/Box Tails |
| Slaughter | 00 | Blow Off Hock |
| Slaughter | 00 | Box Add Dry Ice/Lid |
| Slaughter | 00 | Box Fresh Offal |
| Slaughter | 00 | Box Weasand Meat |
| Slaughter | 00 | Clean Up |
| Slaughter | 00 | Combo Pet Food |
| Slaughter | 00 | Cover Brisket |
| Slaughter | 00 | Cut Intestine to Length |
| Slaughter | 00 | Custodian |
| Slaughter | 00 | Cut Off 1st Hind Leg |
| Slaughter | 00 | Cut Off 2nd Hind Leg |

| | | |
|---|---|---|
| Slaughter | 00 | Cut Off Dew Claw |
| Slaughter | 00 | Cut Off Front Hock |
| Slaughter | 00 | Drive Cattle |
| Slaughter | 00 | Flush Head |
| Slaughter | 00 | Flush Weasand |
| Slaughter | 00 | Ground Keeper |
| Slaughter | 00 | Hang Ear Tag |
| Slaughter | 00 | Hang Off 1st Leg/Clip Tail Switch |
| Slaughter | 00 | Hang Off 2nd Leg |
| Slaughter | 00 | Hang Plastic/Stamp Angus |
| Slaughter | 00 | Index Cattle Main Chain |
| Slaughter | 00 | Insert Bungee Cord |
| Slaughter | 00 | Laundry Operator |
| Slaughter | 00 | Load Chill Box |
| Slaughter | 00 | Load Rails/Sales Cooler |
| Slaughter | 00 | Mark/Clip Idle Bone |
| Slaughter | 00 | Mark Foreshank/Remove Bungee Cord |
| Slaughter | 00 | Operate Tail Puller |
| Slaughter | 00 | Pop Kidneys |
| Slaughter | 00 | Pull Off Paunch/Intestines |
| Slaughter | 00 | Remove Kidney |
| Slaughter | 00 | Remove Shackle |
| Slaughter | 00 | Remove Spinal Sheath |
| Slaughter | 00 | Remove Spinal Cord |
| Slaughter | 00 | Remove Spinal Cord Low |
| Slaughter | 00 | Remove Spinal Cord High |
| Slaughter | 00 | Remove Tail |
| Slaughter | 00 | Sanitize Hock |
| Slaughter | 00 | Save Sweet Bread |
| Slaughter | 00 | Scan Tag |
| Slaughter | 00 | Separate Heart / Lung, Aside Heart |
| Slaughter | 00 | Separate Large Intestine |
| Slaughter | 00 | Squeegee |
| Slaughter | 00 | Stamp Beef (Coolers) |
| Slaughter | 00 | Steam Vac |
| Slaughter | 00 | Tie Intestine |
| Slaughter | 00 | Tip Tail/Remove Plastic |
| Slaughter | 00 | Trim Back of Carcass |
| Slaughter | 00 | Trim Brisket/Shank |
| Slaughter | 00 | Trim Final |
| Slaughter | 00 | Trim High Hock / Round |
| Slaughter | 00 | Trim Neck |
| Slaughter | 00 | Trim Off Salivary Glands |
| Slaughter | 00 | Trim Tripe/Split Honeycomb |
| Slaughter | 00 | Trim Tongue |
| Slaughter | 00 | Vacum Hide |
| Slaughter | 00 | Wash Cattle |
| Slaughter | 00 | Wash Combo/Spacers |
| Slaughter | 00 | Wash/Hang Trolley |
| Slaughter | 00 | Wash Mouth/Tuck Tongues |

| Slaughter | 00 | Wash, Trim and Pack Sweet Breads |
|-----------|-----|---------------------------------|

| | | Slaughter Grade 01 Jobs |
|-----------|-------|---------------------------------------|
| **Dept.** | **Grade** | **Title** |
| Slaughter | 01 | Bag Head Meat |
| Slaughter | 01 | Box Large Intestine |
| Slaughter | 01 | Box Maker |
| Slaughter | 01 | Cut Intestines from Paunch |
| Slaughter | 01 | Cut Intestine to Length |
| Slaughter | 01 | Cut Off Blanket Fat/Aside Fat |
| Slaughter | 01 | Cut Off Bile Bag / Aside Liver |
| Slaughter | 01 | Dehorn |
| Slaughter | 01 | Down Puller |
| Slaughter | 01 | Dump Paunch |
| Slaughter | 01 | Floor Loader |
| Slaughter | 01 | Flush Large Intestines |
| Slaughter | 01 | Hang Carcass Tag |
| Slaughter | 01 | Hang Hide After Flesher |
| Slaughter | 01 | Hang Hide Before Flesher |
| Slaughter | 01 | Hang Hide Black Belt |
| Slaughter | 01 | Pack Omesum |
| Slaughter | 01 | Hang Paunch |
| Slaughter | 01 | Pack Scalded, HC Tripe |
| Slaughter | 01 | Palletize Product |
| Slaughter | 01 | Presenter (USDA) |
| Slaughter | 01 | Pull Blanket Fat, Separate Stomachs |
| Slaughter | 01 | Rack / Pack Livers |
| Slaughter | 01 | Remove Pizzle/Udder, Hock Hole |
| Slaughter | 01 | Remove Tail |
| Slaughter | 01 | Save & Box Trachea |
| Slaughter | 01 | Save Pet Food |
| Slaughter | 01 | Save Tendon |
| Slaughter | 01 | Saw Omasum |
| Slaughter | 01 | Separate Large Intestines |
| Slaughter | 01 | Separate Omasum |
| Slaughter | 01 | Slice & Devein Liver |
| Slaughter | 01 | Strapper/Label recorder |
| Slaughter | 01 | Strip Weasand |
| Slaughter | 01 | Tank Puller |
| Slaughter | 01 | Trim, Brand Hearts / Pack |
| Slaughter | 01 | Trim Contamination |
| Slaughter | 01 | Trim Face Plate |
| Slaughter | 01 | Trim Neck for QA |
| Slaughter | 01 | Trimmer (QA) |
| Slaughter | 01 | Unroll Large Intestine |
| Slaughter | 01 | Wash Omasum |
| Slaughter | 01 | Wash/Refine Tripe |
| Slaughter | 01 | Whiz Contamination/Neck Area |

| Slaughter Grade 02 Jobs | | |
|---|---|---|
| Dept. | Grade | Title |
| Slaughter | 02 | Bag Chilled Tongues |
| Slaughter | 02 | Cut Off Eyelid/Ears, Cart/Lips |
| Slaughter | 02 | Dehorn/Cut Off Carcass Ears |
| Slaughter | 02 | Cooler Trim |
| Slaughter | 02 | Dejoint Head |
| Slaughter | 02 | Operate Cryovac |
| Slaughter | 02 | Operate Side Puller |
| Slaughter | 02 | Rip Belly |
| Slaughter | 02 | Stripper / Splitter Operator |
| Slaughter | 02 | Trim Head for USDA |
| Slaughter | 02 | Trim Tail/Bag |
| Slaughter | 02 | Whizard Contamination Round |
| Slaughter | 02 | Whiz Pelvic Fat |

| Slaughter Grade 03 Jobs | | |
|---|---|---|
| Dept. | Grade | Title |
| Slaughter | 03 | Drop Bung & Dejoint Tail |
| Slaughter | 03 | Drop and Hang Tongue |
| Slaughter | 03 | Dump Vertebrae Truck |
| Slaughter | 03 | Forklift |
| Slaughter | 03 | Hang Head |
| Slaughter | 03 | Hide grader |
| Slaughter | 03 | Knocker |
| Slaughter | 03 | Low Neck |
| Slaughter | 03 | Mark/Saw Brisket |
| Slaughter | 03 | Rim Over Brisket |
| Slaughter | 03 | Operate Flesher/Trim Shank |
| Slaughter | 03 | Pre Gutter |
| Slaughter | 03 | Shackler |
| Slaughter | 03 | Sticker |
| Slaughter | 03 | Trim, Brand, Wrap and Pack Tongues |
| Slaughter | 03 | Trim Jaw Bone |
| Slaughter | 03 | Trim Midline |
| Slaughter | 03 | Weasand Rodder |
| Slaughter | 03 | Whizzard Heads |

| Slaughter Grade 04 Jobs | | |
|---|---|---|
| Dept. | Grade | Title |
| Slaughter | 04 | 1st Butter |
| Slaughter | 04 | 1st Legger |
| Slaughter | 04 | 2nd Butter |
| Slaughter | 04 | 2nd Legger |
| Slaughter | 04 | Cheeker |
| Slaughter | 04 | Chisel Head |

| | | |
|---|---|---|
| Slaughter | 04 | Hang Head |
| Slaughter | 04 | Lead Person Offal |
| Slaughter | 04 | Lead Person Stock Yard |
| Slaughter | 04 | Low Backer |
| Slaughter | 04 | High Trim/Steam Vac |
| Slaughter | 04 | Knife Room Straight |
| Slaughter | 04 | Mark Pattern |
| Slaughter | 04 | Scan Eyes |
| Slaughter | 04 | Temple Head |
| Slaughter | 04 | Trim High |
| Slaughter | 04 | Trim Low |
| Slaughter | 04 | Final Trimmer (USDA) |

| Slaughter Grade 05 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Slaughter | 05 | Clear Gullet |
| Slaughter | 05 | Flanker |
| Slaughter | 05 | Rib Beef |
| Slaughter | 05 | Saw Rib |
| Slaughter | 05 | Trim Outrail |

| Slaughter Grade 06 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Slaughter | 06 | Blood Cooker Operator |
| Slaughter | 06 | Clean Up GEL Operator |
| Slaughter | 06 | Clean Up Inedible Operator |
| Slaughter | 06 | Condemn Cage/Open Paunch |
| Slaughter | 06 | Cooler Lead Person |
| Slaughter | 06 | Gutter |
| Slaughter | 06 | Lead Person Offal |
| Slaughter | 06 | Load Out |
| Slaughter | 06 | Operate Cooker |
| Slaughter | 06 | Operate Grinder |
| Slaughter | 06 | Operate Hammermill |
| Slaughter | 06 | Operate Mobile Track |
| Slaughter | 06 | Operate Split Saw |
| Slaughter | 06 | Operate Cooker/CIP |
| Slaughter | 06 | Remove Liver/Spread Viscera |
| Slaughter | 06 | Rendering Lab |
| Slaughter | 06 | Wastewater Operator |

| Slaughter Grade 07 Jobs | | |
|---|---|---|
| **Dept.** | **Grade** | **Title** |
| Slaughter | 07 | Lead Person |
| Slaughter | 07 | Trainer Hourly |

Agreement Between

Swift & Company

and

International Union of Operating Engineers, Local No. 1

TERM: May 15, 2005 through May 15, 2008.

# Collective Bargaining Agreement
## Between

## Swift & Company
## and
## International Union of Operating Engineers, Local #1

## Agreement

    This Agreement has been made and entered into by and between Swift & Company, Greeley, Colorado (hereinafter referred to as the "Company") and International Union of Operating Engineers, Local No. 1 (hereinafter referred to as the "Union").

## Article 1
## Purpose of Agreement

    Section 1.  It is the intent and purpose of the parties hereto that this Agreement shall promote and improve the industrial and economic relationship between the Company and the Union and its members as set forth herein, and to set forth herein rates of pay, hours of work, and other terms and conditions of employment to be observed by the parties hereto.

    Section 2.  The parties recognize that they have a mutual interest and obligation in maintaining friendly cooperation between the Company and Union, which will permit safe, efficient, and economical operation of the business.

## Article 2
## Recognition

    The Company recognizes the Union as the sole and exclusive bargaining agent for all the employees in the hourly maintenance unit certified by the National Labor Relations Board in case #27-RC-7508 at the Company's Greeley, Colorado beef and hide plant.

## Article 3
## Union Security

    The Company may hire new employees from whatever source it desires, but all employees covered by this Agreement shall, as a condition of employment, become members of the Union on the thirty-first (31st) day after beginning of employment, to the extent of paying the initiation fee and the membership dues uniformly required as a condition of acquiring or retaining membership in the Union, and shall remain members of the Union to the extent of paying membership dues in the Union, for the duration of this Agreement.

1

(ii)    <u>Effect on Existing Benefits</u>.    Nothing in the FMLA or any amendment shall be construed to diminish the obligation of the employer to comply with any collective bargaining agreement or any employment benefit program or plan that provides greater family or medical leave rights to employees than the rights established under FMLA or any amendment to FMLA.

# Article 25
# Wage Rate Classification

When the Company establishes a new classification, combines or separates the duties of existing classifications, or substantially changes the work content of an existing classification, it will notify the Union and establish an hourly rate for the classification.

If the Union requests within five (5) days of being notified of the new classification and pay rate, the Company will meet and discuss the pay rate with the Union. If the Union does not agree with the pay rate, it may bypass the steps of the grievance procedure and submit the matter to arbitration if it notifies the Company within ten (10) days.

The test of fairness of the Company's rate determination is whether it is in line with the existing rate structure of other jobs in the department, giving proper consideration to the job content and skill involved.

# Article 26
# Paychecks

**Section 1**  The check with which the Company pays the employees will state all deductions, hourly rates, hours worked, straight time and overtime. It is understood and agreed that the employees shall be paid on a weekly basis. The Company will continue legitimate methods and practices of distributing paychecks to employees.

Except for employees who fail to clock in and/or out, any pay discrepancy of fifty dollars ($50.00) or greater shall be adjusted in the same week of the error. Employees who fail to clock in and/or out (missed punches) will receive the appropriate adjustment on the following week's paycheck. Employees who notify their supervisor of a missed punch in a timely manner shall be adjusted in the same week, provided the pay discrepancy is fifty dollars ($50.00) or greater. If the time system is not working the employees will not be held accountable or liable, provided they promptly notify their supervisor of the problem.

# Article 27
# Group Life Insurance

Regular, full time employees will become eligible on the first of the month following six (6) months of service, for the company provided Group Life Insurance in the amount of $15,000.

# Article 28

19

## Article 34
## Duration of Agreement

This Agreement shall become effective on May 15, 2005, and shall remain in full force and effect until Midnight Sunday, May 15, 2008.  Either party may on or before sixty (60) days prior to the expiration date of this Contract give notice to terminate the Agreement.  If such notice is not given, the Agreement shall renew itself for successive one (1) year periods until notice is given.  Such notice shall be given by registered or certified mail.


International Union of Operating                    Swift & Company
Engineers, Local #1


_____ Date          _____ Date



_____                          _____

Schedule A (1)

## Wage Rates

| Level | Effective 5/15/2005 | Effective 5/14/2006 | Effective 5/13/2007 |
|-------|---------|---------|---------|
| Minimum | **$11.75** | **$12.10** | **$12.45** |
| G | **$12.75** | **$13.10** | **$13.45** |
| F | **$14.00** | **$14.35** | **$14.70** |
| E | **$14.50** | **$14.85** | **$15.20** |
| D | **$15.25** | **$15.60** | **$15.95** |
| C | **$16.25** | **$16.60** | **$16.95** |
| B | **$17.25** | **$17.60** | **$17.95** |
| A | **$18.25** | **$18.60** | **$18.95** |
| Master * | **$19.90** | **$20.25** | **$20.60** |

* Rates above Level "A" reflect a $0.15 classification adjustment.

Electricians and Proman Technicians - Up to $2.95 over Level A with additional training. (see Letter of Understanding – change level A1 from $1.00 to $1.15).

Refrigeration & Boilers - $1.65 over Level A with Refrigeration School.

Lead person rate will be $0.50 over the level for which they are qualified.

Paint crew personnel will be capped at Level D