IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLANCA VALENZUELA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3-06CV2322-N |
| SWIFT BEEF COMPANY, INC., *et al.*, | § § § | |
| Defendants. | § | |

## APPENDIX TO PLAINTIFFS' MOTION TO COMPEL AND BRIEF IN SUPPORT

**Michael E. Heygood**
State Bar No. 00784267
**Eric D. Pearson**
State Bar No. 15690472
**Charles W. Miller**
State Bar No. 24007677
**HEYGOOD, ORR, REYES, PEARSON & BARTOLOMEI**
2331 W. Northwest Highway, 2nd Floor
Dallas, Texas 75220
(214) 526-7900 Telephone
(214) 526-7910 Facsimile

ATTORNEYS FOR PLAINTIFFS

# APPENDIX

| Pages | Document title |
|---|---|
| 1-29 | Declaration of Robert C. Divine |
| 30-36 | Subpoena to Border Management Strategies |
| 37 | July 15, 2008 letter from Border Management Strategies to counsel for Plaintiffs |
| 38-39 | July 14, 2008 letter from counsel for Defendants to Border Management Strategies |
| 40-41 | July 14, 2008 letter from counsel for Defendants to counsel for Plaintiffs |
| 42-54 | Border Management Strategies' Privilege Log |
| 55-64 | Complaint in *Swift & Co v. Immigration and Customs Enforcement Div. of the Dep't of Homeland Security,* Case No. 2:06-CV-314-J, in the United States District Court for the Northern District of Texas |
| 65-90 | Declaration of Jack Shandley in *Swift & Co v. Immigration and Customs Enforcement Div. of the Dep't of Homeland Security,* Case No. 2:06-CV-314-J, in the United States District Court for the Northern District of Texas |
| 91-92 | Excerpts from the Deposition of James Hamilton |
| 93-99 | Excerpts from the Deposition of Douglas Schult |
| 100-126 | Swift's Responses to Plaintiffs' Second Request for Production |

Respectfully submitted,

/s/ Eric D. Pearson
**Michael E. Heygood**
State Bar No. 00784267
**Eric D. Pearson**
State Bar No. 15690472
**Charles W. Miller**
State Bar No. 24007677
**HEYGOOD, ORR, REYES, PEARSON & BARTOLOMEI**
2331 W. Northwest Highway, 2nd Floor
Dallas, Texas 75220
(214) 526-7900 Telephone
(214) 526-7910 Facsimile

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that on July 18, 2008, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

Robert E. Youle
SHERMAN & HOWARD, LLP
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Ken Carroll
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP
901 Main Street, Suite 500
Dallas, Texas 75202

                                         /s/ Eric D. Pearson
                                         Eric D. Pearson