**VALENZUELA, ET AL. V. SWIFT BEEF COMPANY, INC., ET AL.**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, CIV. NO. 3-06CV2322-N
BMS PRIVILEGE LOG RE PLAINTIFFS' SUBPOENA *DUCES TECUM* – 7/15/08

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0052-BMS0053 | 10/27/07 | Mark Reed | Jack Shandley, Chad Hamilton, Esq., Swift | | Email | Status of ICE investigation | Attorney-Client Work Product Consultative Expert |
| BMS0074 | 05/30/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding Swift legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0075 | 05/31/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0076 | 06/13/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communications related to Swift's legal position concerning ICE | Attorney-Client Work Product Consultative Expert |
| BMS0083-BMS0084 | 06/26/06 | Mark Reed | Stuart Johnston, Esq., V&E | Dan Wiseman, Esq., Swift; Jack Shandley; Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0085-BMS0088 | 06/26/06 | Mark Reed | Stuart Johnston, Esq., V&E | Jack Shandley; Don Wiseman, Esq., Swift, Esq., Swift; Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0089-BMS0092 | 06/26/06 | Mark Reed | Don Wiseman, Esq., Swift, Esq., Swift; Stuart Johnston, Esq., V&E; Jack Shandley | Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0093-BMS0094 | 06/30/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | BMS Invoice to Vinson & Elkins; communication regarding matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0096 | 07/12/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0097-BMS0101 | 07/12/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0102 | 07/21/06 | Mark Reed | Stuart Johnston, Esq., V&E; Tim Hill | | Email | Communications regarding issues related to Form I-9 for a Swift Employee | Attorney-Client Work Product Consultative Expert |
| BMS0110 | 07/25/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0113-BMS0115 | 08/14/06 | Mark Reed | C. Michael Buxton, Esq., V&E; Sean McHugh; Jack Shandley | Don Wiseman, Esq., Swift, Esq., Swift; Chandler Keys | Email | Communication regarding Swift's legal strategy for matters related to ICE; discussion regarding implementation of IMAGE program | Attorney-Client Work Product Consultative Expert |
| BMS0116 | 08/21/06 | Mark Reed | Sam Rovit; Don Wiseman, Esq., Swift, Esq., Swift | Jack Shandley; Sean McHugh; Chandler Keys; Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0118-BMS0129 | 08/29/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Draft Swift memo re Employment Eligibility and Identity Verification Policy | Attorney-Client Work Product Consultative Expert |
| BMS0130-BMS0131 | 08/31/06 | Mark Reed | Michael Buxton, Esq., V&E; Stuart Johnston, Esq., V&E | | Email | Communication regarding creating Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0132-BMS0134 | 09/01/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding creating Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0135-BMS0136 | 09/06/06 | Mark Reed | Stuart Johnston, Esq., V&E | Michael Buxton, Esq., V&E | Email | Communication regarding creating Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0137-BMS0138 | 09/06/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding analysis of Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0139-BMS0140 | 09/06/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding analysis of Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0141-BMS0143 | 09/07/06 | Mark Reed | Stuart Johnston, Esq., V&E | Michael Buxton, Esq., V&E | Email | Communication regarding analysis Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0144 | 09/08/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communications regarding terms of BMS' engagement | Attorney-Client Work Product Consultative Expert |
| BMS0145-BMS0147 | 09/11/06 | Mark Reed | Jack Shandley; Michael Buxton, Esq., V&E; Don Wiseman, Esq., Swift; Diana Gross | William E. Lawler, Esq., V&E; Stuart Johnston, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0148-BMS0149 | 09/12/06 | Mark Reed | Stuart Johnson, Esq., V&E | | Email | Communication regarding analysis Swift policies for complying with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0150-BMS0153 | 09/19/06 | Mark Reed | Tim Hill; James Hamilton; Stuart Johnston, Esq., V&E; Jack Shandley, Don Wiseman, Esq., Swift, Esq., Swift | | Email | Communication regarding BMS' compliance advice for hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0154-BMS0155 | 09/29/06 | Mark Reed | Jack Shandley; Sean McHugh; Michael Buxton, Esq., V&E; William E. Lawler; Chandler Keys; Don Wiseman, Esq., Swift | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0156-BMS0157 | 10/02/06 | Mark Reed | Stuart Johnston, Esq., V&E; Don Wiseman, Esq., Swift; Jack Shandley; Sean McHugh; Michael Buxton, Esq., V&E | | Email | Communication regarding BMS' compliance advice for hiring and immigration laws | Attorney-Client Work Product Consultative Expert |
| BMS0158-BMS0159 | 10/02/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0160 | 10/02/06 | Mark Reed | James Hamilton; Stuart Johnston, Esq., V&E | | Email | Communication regarding BMS' compliance advice for hiring and immigration laws | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0161 | 10/03/06 | Mark Reed | Michael Buxton, Esq., V&E; Stuart Johnston; William Lawler | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0162-BMS0163 | 10/06/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0164-BMS0165 | 10/06/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0166-BMS0169 | 10/08/06 | Mark Reed | Michael Buxton, Esq., V&E; Don Wiseman, Esq., Swift; Jack Shandley; Chandler Keys; Marc B. Tucker; Carl Hampe, Esq., Baker & MacKenzie | William E. Lawler | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0170 | 10/08/06 | Mark Reed | Don Wiseman, Esq., Swift | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0171 | 10/09/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0172 | 10/20/06 | Mark Reed | Don Wiseman, Esq., Swift; Jack Shandley; Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0173 | 10/31/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0174 | 11/01/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0175-BMS0176 | 11/02/06 | Mark Reed | Jack Shandley | Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0177-BMS0179 | 11/03/06 | Mark Reed | Don Wiseman, Esq., Swift | Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0180-BMS0182 | 11/15/06 | Mark Reed | Stuart Johnston, Esq., V&E | | Email | Communication regarding BMS invoices to Vinson & Elkins | Attorney-Client Work Product Consultative Expert |
| BMS0183-BMS0184 | 11/21/06 | Mark Reed | Don Wiseman, Esq., Swift | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0185-BMS0186 | 11/22/06 | Mark Reed | Jack Shandley | | Email | Communication regarding Swift policies for compliance with hiring and immigration laws | Attorney-Client Work Product Consultative Expert |

APP 48

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0187-BMS0188 | 11/28/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0189 | 11/28/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding BMS' engagement with Swift and Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0190-BMS0193 | 11/28/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0194-BMS0195 | 12/01/06 | Mark Reed | Jack Shandley | Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE; redacted document produced | Attorney-Client Work Product Consultative Expert |
| BMS0196 | 12/01/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0197 | 12/01/06 | Mark Reed | Jack Shandley | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0198-BMS0199 | 12/07/06 | Mark Reed | Michael Buxton, Esq., V&E; Jack Shandley; Don Wiseman, Esq., Swift | William Lawler | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0200-BMS0202 | 12/07/06 | Mark Reed | Michael Buxton, Esq., V&E; Jack Shandley; Don Wiseman, Esq., Swift | William E. Lawler | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0203 | 12/08/06 | Mark Reed | Michael Buxton, Esq., V&E; Don Wiseman, Esq., Swift | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0231-BMS0234 | 12/08/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0235-BMS0236 | 12/08/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0238-BMS0242 | 12/11/06 | Mark Reed | William E. Lawler; Don Wiseman, Esq., Swift | Jack Shandley; C. Michael Buxton, Esq., V&E; Sean McHugh | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0243-BMS0247 | 12/12/06 | Mark Reed | William E. Lawler; Don Wiseman, Esq., Swift | Jack Shandley; C. Michael Buxton, Esq., V&E | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0251-BMS0256 | 12/12/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0257 | 12/12/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0258-BMS0259 | 12/12/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0260 | 12/13/06 | Mark Reed | Don Wiseman, Esq., Swift; Michael Buxton, Esq., V&E | | Email | Communications regarding Swift's response to ICE raid | Attorney-Client Work Product Consultative Expert |
| BMS0261-BMS0262 | 12/17/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0263-BMS0264 | 12/18/06 | Mark Reed | Michael Buxton, Esq., V&E | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0265 | 12/18/06 | Mark Reed | Michael Buxton, Esq., V&E; William E. Lawler, Don Wiseman, Esq., Swift | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0266 | 12/19/06 | Mark Reed | Michael Buxton, Esq., V&E; Don Wiseman, Esq., Swift; William E. Lawler | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |

APP 51

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0267-BMS0268 | 12/20/06 | Mark Reed | Michael Buxton, Esq., V&E | Don Wiseman, Esq., Swift; Jack Shandley; William E. Lawler | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0269-BMS0270 | 12/20/06 | Mark Reed | Don Wiseman, Esq., Swift; C. Michael Buxton, Esq., V&E; William E. Lawler | | Email | Communication regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0298-BMS0319 | 10/00/06 | | | | Draft | Draft Affidavit of Jack Shandley on Behalf of Swift & Company In Support of a Temporary Restraining Order | Attorney-Client Work Product Consultative Expert |
| BMS0411 | Undated | Mark Reed | Stuart Johnston, Esq., V&E | | Memo | Swift & Co. Corporate Hiring Policy / Procedures | Attorney-Client Work Product Consultative Expert |
| BMS0412-BMS0423 | Undated | BMS | | | Draft | Draft – BMS Compliance Assessment Report re Grand Island, Nebraska August 22-24, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |
| BMS0424-BMS0426 | Undated | BMS | | | Draft | Draft – BMS Compliance Review Audit – Executive Summary re Grand Island, Nebraska August 22-24, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0427-BMS0429 | Undated | BMS | | | Draft | Draft – BMS Compliance Review Audit – Executive Summary re Marshalltown, Iowa October 10-11, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |
| BMS0431-BMS0469 | 10/19/06 | | | | Draft | Swift & Company Immigration and Customs Enforcement Briefing (Draft #4) regarding Swift's legal strategy for matters related to ICE | Attorney-Client Work Product Consultative Expert |
| BMS0470-BMS0482 | Undated | BMS | | | Draft | Draft – BMS Compliance Assessment Report re Cactus, Texas October 25-26, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |
| BMS0483-BMS0484 | Undated | BMS | | | Draft | Draft – BMS Compliance Review Audit – Executive Summary re Cactus, Texas October 25-26, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |
| BMS0485-BMS0497 | Undated | BMS | | | Draft | Draft – BMS Compliance Assessment Report re Worthington, Minnesota November 14-15, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |
| BMS0498-BMS0500 | Undated | BMS | | | Draft | Draft – BMS Compliance Review Audit – Executive Summary re Worthington, Minnesota November 14-15, 2006 pursuant to V&E engagement | Attorney-Client Work Product Consultative Expert |

| Bates | Date | Author(s) | Recipient(s) | Copied To | Type | Subject | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BMS0501-BMS0504 | 2007 | | | | Draft | Draft--Congressional Testimony, Sam Rovit | Attorney-Client Work Product Consultative Expert |
| BMS0702 | 05/08/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #368 | Attorney-Client Work Product Consultative Expert |
| BMS0703 | 05/31/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #370 | Attorney-Client Work Product Consultative Expert |
| BMS0704 | 06/30/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #374 | Attorney-Client Work Product Consultative Expert |
| BMS0705 | 08/04/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #380 | Attorney-Client Work Product Consultative Expert |
| BMS0706 | 09/01/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #382 | Attorney-Client Work Product Consultative Expert |
| BMS0707 | 10/02/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #387 | Attorney-Client Work Product Consultative Expert |
| BMS0708 | 10/30/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #389 | Attorney-Client Work Product Consultative Expert |
| BMS0709 | 10/30/06 | BMS | Vinson & Elkins | | Invoice | BMS invoice to Vinson & Elkins, #390 | Attorney-Client Work Product Consultative Expert |