```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF TEXAS
 2                       DALLAS DIVISION
 3      Civil Action No. 3-06cv2322-N
 4      BLANCA VALENZUELA, MARGIE SALAZAR, JOSE A. SERRATO,
        JOSIE RENDON, CLARA TOVAR, CONSUELO ESPINO, MARIA
 5      AVILA, ERNESTINA NAVARRETTE, MARIA E. MUNOZ, AMANDA
        SALCIDO, CANDELARIO G. ORTEGA, MARIA ORTIZ, JOSE
 6      OLIVA, RAFAELA CHAVEZ, ELODIA ARROYO, SUSANA CARDIEL,
        GRACIE RIOS and LEONEL RUIZ, individually and on
 7      behalf of all others similarly situated,
 8      Plaintiffs,
 9      v.
10      SWIFT BEEF COMPANY, INC., d/b/a SWIFT COMPANY, SWIFT &
        COMPANY, HICKS, MUSE, TATE & FURST, INC., HM CAPITAL
11      PARTNERS OF DALLAS, LLC, and JOHN DOES I-V,
12      Defendants.

13      _____

        DEPOSITION OF:  JAMES A.R. HAMILTON - April 9, 2008
14      _____

15              PURSUANT TO NOTICE, the deposition of
        JAMES A.R. HAMILTON was taken on behalf of the
16      Plaintiffs at 1770 Promontory Circle, Greeley,
        Colorado 80634, on April 9, 2008, at 8:50 a.m.,
17      before Sharon L. Szotak, Registered Professional
        Reporter, Certified Realtime Reporter, and Notary
18      Public within Colorado.
19
20
21
22
23
24
25
```

1    any knowledge of the Image Program that was being
2    introduced.  So it's related to the timing of knowledge
3    about the Image Program and our working with Border
4    Management Strategies to develop our own policies and
5    procedures.  It's a nuance difference.
6         Q.    And to this day, Swift has not joined the
7    Image Program, correct?
8         A.    That's correct.
9         Q.    Why was Border Management Strategies
10   hired?
11        A.    Ongoing efforts to make sure that we're
12   fully compliant with employment eligibility and
13   identity verification procedures.
14        Q.    Going back for a minute -- we're not going
15   to talk about those just right now.
16              Going back for a minute to the hiring
17   practices of Swift, what, if anything, has Swift
18   historically done to assist potential job applicants
19   with transportation issues?
20        A.    After the raids, we began busing people
21   from Amarillo to the Cactus facility.
22        Q.    Had that ever happened prior to the raids?
23        A.    Not to my knowledge.
24        Q.    Were there other transportation
25   initiatives undertaken by Swift other than with respect