```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF TEXAS
 2                    DALLAS DIVISION
 3    Civil Action No. 3-06cv2322-N
 4    BLANCA VALENZUELA, MARGIE SALAZAR, JOSE A. SERRATO,
      JOSIE RENDON, CLARA TOVAR, CONSUELO ESPINO, MARIA
 5    AVILA, ERNESTINA NAVARRETTE, MARIA E. MUNOZ, AMANDA
      SALCIDO, CANDELARIO G. ORTEGA, MARIA ORTIZ, JOSE
 6    OLIVA, RAFAELA CHAVEZ, ELODIA ARROYO, SUSANA CARDIEL,
      GRACIE RIOS and LEONEL RUIZ, individually and on
 7    behalf of all others similarly situated,
 8    Plaintiffs,
 9    v.
10    SWIFT BEEF COMPANY, INC., d/b/a SWIFT COMPANY, SWIFT &
      COMPANY, HICKS, MUSE, TATE & FURST, INC., HM CAPITAL
11    PARTNERS OF DALLAS, LLC and JOHN DOES I-V,
12    Defendants.
      _____
13
      DEPOSITION OF:  DOUGLAS W. SCHULT - April 8, 2008
14    _____
15            PURSUANT TO AGREEMENT, the deposition of
      DOUGLAS W. SCHULT was taken on behalf of the Plaintiffs at
16    1770 Promontory Circle, Greeley, Colorado 80634, on
      April 8, 2008, at 9:05 a.m., before Barbara Birger,
17    Registered Merit Reporter, Certified Realtime Reporter and
      Notary Public within Colorado.
18
19
20
21
22
23
24
25
```

```
 1    consultants, there probably wasn't an exposure -- or
 2    the exposure wasn't as great at those two facilities.
 3         Q.   When you say your "consultants," who are
 4    you talking about?
 5         A.   At that time we retained -- back in March
 6    of '06 we retained a company called Border Management
 7    Securities, BMS.
 8         Q.   Is that headed by a man named Mark Reed,
 9    I believe?
10         A.   That's correct.
11         Q.   Were you involved in that decision to
12    retain BMS?
13         A.   Yes.
14         Q.   What was the purpose of that decision?
15    Why was BMS hired?
16         A.   We had made -- I had set as a KPI for the
17    person that is in charge of compliance at that time,
18    Tim Hill, to go out and build a relationship with ICE
19    and/or find a replacement for the consultant that the
20    company had back in 2000, 2001.
21         Q.   Now March 2006 is when the first
22    subpoenas were served by ICE for the Marshalltown
23    plant; is that right?
24         A.   Marshalltown was the first in March of
25    2006.
```

1    Q.    It was the service of those subpoenas
2    that was the impetus for bringing in this board of
3    management strategies, correct?
4    A.    No.
5    Q.    At the time it was just coincidental?
6    A.    The answer to the question is no. That's
7    not why we started searching and interviewing Mark
8    Reed.
9    Q.    Why did you, then?
10    A.    Because I had set a KPI for Tim Hill to
11    find a consultant to replace Charlie McClure and/or
12    develop a relationship with the Department of Homeland
13    Defense so that we could get better information and
14    insight on the immigration front. That KPI was set in
15    '05. We began discussions with Mark in, I believe,
16    January of '06.
17    Q.    What's a KPI?
18    A.    Key performance indicator. It's his
19    goal -- one of his goals.
20    Q.    And the prior consultant was Charlie
21    McClure?
22    A.    When we got here in 2000, Charlie was --
23    he would go around to the plants 2000, 2001. I think
24    he retired in late 2001.
25    Q.    And what had he done for Swift?

```
 1          A.   He would go around to the plants and
 2   perform audits of the hiring process, primarily
 3   focused on the I-9s.
 4          Q.   And how often did he do that?
 5          A.   He hit the plants at least once a year.
 6   It may have been more than that, but at least once a
 7   year.
 8          Q.   And he retired in '01?
 9          A.   I think it was late '01.
10          Q.   So how would you characterize what he
11   was -- he was a consultant for what?  Compliance
12   with --
13          A.   Immigration compliance.  Charlie was a
14   retired INS agent.
15          Q.   Prior to 2000 with Mr. McClure, had Swift
16   ever had an immigration compliance consultant?
17               MR. YOULE:  Objection to form for lack of
18   foundation.  You can answer, if you know.
19          A.   Charlie was already retained when I came
20   in June of 2000, so I can't speak before that.
21          Q.   (BY MR. PEARSON)  From late 2001 when
22   Mr. McClure retired until March of '06 when the Border
23   Management Strategies was retained by Swift, who was
24   serving as Swift's immigration compliance consultant?
25          A.   It would have been just attorneys.  Legal
```

```
 1   consulting.
 2        Q.   What law firm was that?
 3        A.   McGrath, North.
 4        Q.   I'm sorry?
 5        A.   McGrath, North.  It's McGrath, North,
 6   they are based in Omaha, Nebraska.  Steve Bogue was
 7   their lead immigration compliance attorney.
 8        Q.   Were they -- did they actually go to the
 9   plants, the attorneys?
10        A.   Not on a regular basis, no.
11        Q.   Did the attorneys review I-9 forms?
12        A.   Not as a formal audit process.
13        Q.   Going back to Mr. McClure.  During the
14   time in which he was serving as an immigration
15   compliance consultant, what all did he do to carry out
16   his duties?
17        A.   He would go on site and actually perform
18   an audit -- random audit of the I-9 forms and the
19   documentation -- copies of the documentation that was
20   attached to it, review the hiring process.
21        Q.   What else?
22        A.   That's primarily it.
23        Q.   From the time he retired in late '01
24   until Border Management Strategies was hired in March
25   '06, was there anyone doing those specific tasks that
```

```
1    Mr. McClure had done previously?
2         A.   I think it was 2001, 2008 -- I'm pretty
3    sure it was 2001 we implemented a formal -- it was
4    called an HR review.  It was really an HR audit.  It
5    was a compliance audit.  And covered a multitude of
6    different human resource issues to include the I-9 and
7    the hiring process.
8         Q.   What did that entail?
9         A.   On-site audits twice a year.
10        Q.   What else?
11        A.   They would do a full audit of a number of
12   different issues to include the compliance issues.
13   They would look at health care enrollment, whether it
14   was being handled correctly, et cetera.
15        Q.   Who performed those on-site audits?
16        A.   Tim Hill.  And then he had an individual
17   that was helping him, Maria, but I don't remember her
18   last name.  Then in addition, in most cases there
19   would be an HR director from another facility that
20   would accompany them.  So, in other words, Tim and the
21   HR director from Worthington would go to Cactus, and
22   they would do the audit at the Cactus facility, and
23   vice versa.
24        Q.   And why was the decision made in March
25   2006 to hire another outside consultant as opposed to
```

```
 1   continuing to do some of these things internally?
 2        A.   Because we had in -- it was late 2002 or
 3   2003 when ConAgra sold us, we lost access to Steve
 4   Bogue.  And Steve had relationships inside of what I
 5   think was then called INS.  We had had a couple events
 6   occur to us, and I don't remember right offhand what
 7   they were, but there were a couple things that
 8   happened in '05.
 9             I said to Tim, we have got to find a way
10   to replace this because right now we're a stand-alone
11   company and we don't have that type of relationship
12   with the access to that kind of specialization.  You
13   need to go figure it out and replace it.  And I think
14   his specific KPI was a relationship-building process
15   with the Department of Homeland.  But that's why we
16   started running down that road.
17        Q.   And what events do you recall in 2005?
18        A.   That's why I was saying there was a
19   couple things that happened for me to put that on
20   Tim's radar screen, but I don't recall exactly what
21   they were offhand.
22        Q.   You don't recall whether they were
23   enforcement actions at other companies?
24        A.   No.  Because, frankly, back then I don't
25   know how much enforcement there was, or what was going
```