IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLANCA VALENZUELA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3-06CV2322-N |
| SWIFT BEEF COMPANY, INC., *et al.*, | § § § | |
| Defendants. | § | |

### APPENDIX TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

**Michael E. Heygood**
State Bar No. 00784267
**Eric D. Pearson**
State Bar No. 15690472
**Charles W. Miller**
State Bar No. 24007677
**HEYGOOD, ORR, REYES, PEARSON & BARTOLOMEI**
2331 W. Northwest Highway, 2nd Floor
Dallas, Texas 75220
(214) 526-7900 Telephone
(214) 526-7910 Facsimile

# APPENDIX

| Pages | Document title |
|---|---|
| 1-25 | Declaration of Jack Shandley in Cause No. 2:06CV-314-J, in the United States District Court for the Northern District of Texas, styled *Swift & Company v. Immigration and Customs Enforcement Division of the Department of Homeland Security*. |
| 26-28 | December 13, 2006 U.S. Immigration and Customs Enforcement News Release. |
| 29 | March 1, 2007 U.S. Immigration and Customs Enforcement Fact Sheet. |
| 30-37 | Department of Homeland Security, December 13, 2006 Remarks by Secretary of Homeland Security Michael Chertoff, et.al. at a Press Conference on Operation Wagon Train. |
| 38-39 | Swift & Company Press Release dated May 11, 2007. |
| 40-44 | April 24, 2007 Testimony by John Shandley before the House Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law of the Committee of the Judiciary, United States Congress. |
| 45-60 | Swift Beef Company and Swift & Company's First Supplemental Responses to Putative Class Representatives' First and Second Set of Interrogatories. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 61-80 | Sample portion of Exhibit A to Swift Beef Company and Swift & Company's First Supplemental Responses to Putative Class Representatives' First and Second Set of Interrogatories. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 81-100 | Sample portion of Exhibit B to Swift Beef Company and Swift & Company's First Supplemental Responses to Putative Class Representatives' First and Second Set of Interrogatories. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 101-130 | Deposition of Kathy Weber taken on April 8, 2008. |
| 131-140 | Order dated December 7, 2006 in Cause No. 2:06CV-314-J, in the United States District Court for the Northern District of Texas, styled *Swift & Company v. Immigration and Customs Enforcement Division of the Department of Homeland Security*. |

| | |
|---|---|
| 141-150 | Complaint for Declaratory and Injunctive Relief, Cause No. 2:06CV-314-J, in the United States District Court for the Northern District of Texas, styled *Swift & Company v. Immigration and Customs Enforcement Division of the Department of Homeland Security*. |
| 151-180 | Memorandum of Points and Authority in Support of Plaintiff's Motion for Preliminary Injunction and Expedited Hearing, Cause No. 2:06CV-314-J, in the United States District Court for the Northern District of Texas, styled *Swift & Company v. Immigration and Customs Enforcement Division of the Department of Homeland Security*. |
| 181-204 | Exhibit C to Swift Beef Company and Swift & Company's First Supplemental Responses to Putative Class Representatives' First and Second Set of Interrogatories. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 205-344 | Deposition of James Hamilton taken on April 9, 2008. |
| 345-374 | Exhibit 17 to Deposition of James Hamilton taken on April 9, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 375-457 | Exhibit 10 to Deposition of James Hamilton taken on April 9, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 458-491 | Exhibit 8 to Deposition of James Hamilton taken on April 9, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 492-523 | Exhibit 9 to Deposition of James Hamilton taken on April 9, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 524-542 | Exhibit 5 to Deposition of James Hamilton taken on April 9, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 543-561 | Exhibit 6 to Deposition of James Hamilton taken on April 9, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |
| 562-607 | Deposition of Eric Ray taken on April 9, 2008. |
| 608-641 | Declaration of George Borjas with attachments. |
| 642-843 | Deposition of Doug Shult taken on April 8, 2008. |

| | |
|---|---|
| 844-849 | Resume of Eric D. Pearson |
| 850-852 | Resume of Charles Miller |
| 853-857 | Resume of Michael Heygood |
| 858-867 | Exhibit 7 to Deposition of Doug Shult taken on April 8, 2008. [SUBMITTED UNDER SEAL with the Joint Submission of Confidential Documents Under Seal Pursuant to Protective Order filed on October 6, 2008] |

Respectfully submitted,

/s/ Eric D. Pearson
**Michael E. Heygood**
State Bar No. 00784267
**Eric D. Pearson**
State Bar No. 15690472
**Charles W. Miller**
State Bar No. 24007677
**HEYGOOD, ORR, REYES, PEARSON & BARTOLOMEI**
2331 W. Northwest Highway, 2nd Floor
Dallas, Texas 75220
(214) 526-7900 Telephone
(214) 526-7910 Facsimile

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th, 2008, I served the foregoing document on the following counsel by U.S. mail:

Robert E. Youle
SHERMAN & HOWARD, LLP
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Ken Carroll
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP
901 Main Street, Suite 500
Dallas, Texas 75202

/s/ Eric D. Pearson
Eric D. Pearson