IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLANCA VALENZUELA, MARGIE SALAZAR, JOSE E. SERRATO, JOSIE RENDON, CLARA TOVAR, CONSUELO ESPINO, MARIA AVILA, ERNESTINA NAVARRETTE, MARIA E. MUNOZ, AMANDA SALCIDO, CANDELARIO G. ORTEGA, MARIA ORTIZ, JOSE OLIVA, RAFAELA CHAVEZ, ELODIA ARROYO, SUSANA CARDIEL, GRACIE RIOS, AND LEONEL RUIZ, individually and on behalf of all others similarly situated, § § § § § § § § § § § § § § § | | |
| | § | CIVIL ACTION NO. 3:06-cv-02322-N |
| *Plaintiffs* | § § | |
| | § | ECF |
| v. | § § | |
| SWIFT BEEF COMPANY, INC. D/B/A SWIFT COMPANY, SWIFT & COMPANY, HICKS, MUSE, TATE & FURST, INC., HM CAPITAL PARTNERS OF DALLAS, LLC, and JOHN DOES I-V, | § § § § § § § § | |
| *Defendants* | § | |

APPENDIX IN SUPPORT OF SWIFT DEFENDANTS' BRIEF
IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Ken Carroll**
  State Bar No. 038885000
**Thomas F. Allen, Jr.**
  State Bar No. 24012208
**Carrington, Coleman, Sloman
  & Blumenthal, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone:  (214) 855-3000
Facsimile:  (214) 855-1333

**Robert E. Youle**
  Colorado Bar No. 9541
**Brian G. Eberle**
  Colorado Bar No. 15356
**Jerome H. Sturhahn**
  Colorado Bar No. 36903
**Sherman & Howard L.L.C.**
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940

Dated: August 25, 2008

Respectfully submitted,

/s/ Brian G. Eberle
Ken Carroll
  State Bar No. 038885000
Thomas F. Allen, Jr.
  State Bar No. 24012208
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 855-1333

Robert E. Youle
  Colorado Bar No. 9541
Brian G. Eberle
  Colorado Bar No. 15356
Jerome H. Sturhahn
   Colorado Bar No. 36903
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940

ATTORNEYS FOR DEFENDANTS SWIFT & COMPANY AND SWIFT BEEF COMPANY

## CERTIFICATE OF SERVICE

I certify that on August 25, 2008, I served a copy of the foregoing document by U.S. mail, postage prepaid, addressed to the following:

Michael E. Heygood
Eric D. Pearson
Charles W. Miller
Heygood, Orr, Reyes Pearson & Bartolomei
2331 W. Northwest Highway
Second Floor
Dallas, Texas  75220

                                                                                */s/ Donna Baros*

# TABLE OF CONTENTS

| Appendix Pages | Document |
|---|---|
| S1-S9 | Deposition of Maria Ortiz |
| S10-S20 | Deposition of Leonel Ruiz Melendez |
| S21-S27 | Deposition of Candelario Ortega |
| S28-S34 | Deposition of Rafaela Chavez |
| S35-S42 | Deposition of Ernestina Navarrete |
| S43-S56 | Deposition of Margie Salazar |
| S57-S74 | Deposition of Amanda Salcido |
| S75-S86 | Deposition of George Borjas |
| S87-S118 | Declaration of Finis Welch, Ph.D |
| S119-S147 | Declaration of Robert C. Divine |
| S148-S164 | Plaintiff's Original Petition filed on July 22, 2004 |
| S165-S189 | Defendants' First Set of Discovery Requests to Plaintiffs |
| S190-S198 | Plaintiff Elodia Arroyos' First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S199-S207 | Plaintiff Maria Avila's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S208-S216 | Plaintiff Susana Cardiel's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S217-S224 | Plaintiff Consuelo Espino's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |

| | |
|---|---|
| S225-S232 | Plaintiff Jose Oliva's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S233-S241 | Plaintiff Josie Rendon's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S242-S250 | Plaintiff Gracie Rios' First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S251-S259 | Plaintiff Jose A. Serrato's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S260-S268 | Plaintiff Clara Tovar's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S269-S277 | Plaintiff Blanca Valenzuela's First Supplemental Discovery Objections and Responses to Defendants Swift Beef Company and Swift & Company's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents |
| S278-S293 | Order and Reasons entered January 11, 2006 in *In re Industrial Life Ins. Litigation*, Civil Action MDL N. 1371 (E.D. La.) |
| S294-S296 | March 1, 2007 letter from the Secretary of the U.S. Department of Homeland Security to the Chairman of the Committee on Homeland Security of the U.S. House of Representatives |
| S297-S315 | Findings of the Web Basic Pilot Evaluation (September 2007) (excerpts) |
| S316 | USCIS Launches Photo Screening Tool Pilot Program (April 19, 2007) |
| S317-S319 | Declaration of Jack Shandley |
| S320-S322 | Declaration of Mark Reed |
| S323-S325 | Declaration of James Hamilton |
| S326 | Article Regarding Christopher Lamb dated March 26, 2008 |

| | |
|---|---|
| S327-S333 | Indictment and Brief in <u>United States v. Pereyra-Gabino</u>, Criminal No. 4:07-cr-088 (S.D. Iowa) |
| S334 | Summary of Swift's Collective Bargaining Agreements |
| S335-S338 | Declaration of Douglas Schult |
| S339 | October 14, 2002 Letter from Swift to Blanca Valenzuela |